Linda St. Pierre
Oregon Bar No. 200446
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford, CT 06120
Phone: (860) 240-9156
Email: Linda.St.Pierre@mccalla.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

In re:

Cory Eugene Williams and

Tina Sue Williams,
        Debtors.

Case No.: 23-61565-tmr13

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW Freedom Mortgage Corporation (hereinafter known as "Creditor"), a secured creditor holding a Deed of Trust against the real property commonly known as 88404 Stephens Rd, Springfield, OR 97478 (the "Property"), and for the reasons stated below, objects to confirmation of Debtors Chapter 13 plan (Doc. No. 2) (the "Plan").

1. Debtors' Plan does not treat Creditor's prepetition arrearage claim of $2,252.44 as set forth in its Proof of Claim filed in this case on October 9, 2023, as claim (8-1).

2. Confirmation of the Plan should be denied until Debtors amend the Plan to properly treat Creditor's claim.

4. Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

Dated: February 8, 2024	McCalla Raymer Leibert Pierce, LLC

By:*/s/Linda St. Pierre*
Linda St. Pierre
Oregon Bar No. 200446
Attorney for Secured Creditor
50 Weston Street
Hartford, CT 06120
Phone: 860-240-9156
Email: Linda.St.Pierre@mccalla.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

In re:

Cory Eugene Williams and

Tina Sue Williams,
        Debtors.

Case No.: 23-61565-tmr13

**PROOF OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 and the laws of the United States, and declare as follows:

1. That I am a citizen of the United States, over the age of 21 years and competent to be a witness herein.

2. That on February 8, 2024, I transmitted by depositing in the United States mail, postage paid copies of the: Objection to Confirmation of Plan, addressed as follows:

Cory Eugene Williams
Tina Sue Williams
88404 Stephens Road
Springfield, OR 97478
**Debtors**

Devon Thorson
Recovery Law Group
10260 SW Greensburg Road
Ste 4th Floor
Portland, OR 97223
**Attorney for Debtors**

Naliko Markel
Office of the Standing Chapter 13 Trustee
400 E. 2nd Ave., Ste 200
Eugene, OR 97401
**Trustee**

**US Trustee**
US Trustee, Eugene
405 E 8th Ave #1100
Eugene, OR 97401-2706

1

Copies were also transmitted electronically via ECF to:

- Devon Thorson            dthorson@recoverylawgroup.com
- US Trustee                USTPRegion18.EG.ECF@usdoj.gov
- Naliko Markel            ecf@eugene13.com

Dated: February 8, 2024      McCalla Raymer Leibert Pierce, LLC

                                         By: */s/Linda St. Pierre*
                                         Linda St. Pierre
                                         Oregon Bar No. 200446
                                         Attorney for Secured Creditor
                                         50 Weston Street
                                         Hartford, CT 06120
                                         Phone: 860-240-9156
                                         Email: Linda.St.Pierre@mccalla.com